JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MIRANDA,<br>          Petitioner,<br>    v.<br>RICHARD MONTES,<br>          Respondent. | Case No. 5:20-cv-01975-FLA (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: April 6, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge